**FILED**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JUN 13 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| MARCUS C. GASKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case: 1:19-mc-00112 |
| v. ) | Assigned To : Unassigned |
| ) | Assign. Date : 6/13/2019 |
| ANNE ARUNDEL ) | Description: Misc. |
| COUNTY GOVERNMENT, ) | |
| ) | |
| Defendant. ) | |

## ORDER FOR LEAVE TO AMEND

Plaintiff, Marcus Gaskins, proceeding *pro se*, has filed a motion for enlargement of time; however, he has filed no accompanying complaint. Plaintiff seemingly seeks to sue the Anne Arundel County (Maryland) government for employment discrimination and other claims but appears concerned regarding his ability to comply with the 90-day statute of limitations. *See* 42 U.S.C. § 2000e–5(f)(1). Therefore, he requests "an enlargement of time until June 30, 2019, to prepare documents," and subsequently file suit. The court may not rule on such a motion without an accompanying complaint. Additionally, plaintiff has neither submitted a filing fee nor an application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. Accordingly, it is

**ORDERED** that within 45 days of entry of this order, plaintiff shall file a complaint, drafted in accordance with District of Columbia Local Rules and Federal Rules of Civil Procedure. With his complaint, he shall also submit the requisite filing fee applicable to his case or an application to proceed *in forma pauperis*. If plaintiff fails to comply with this order, the court will dismiss this action without prejudice.

Date: June 12, 2019

United States District Judge

1