FOR THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Marcus C. Gaskins, | * | |
| Plaintiff | * | |
| | | |
| v. | * | Case Number: to be determined |
| | | |
| Anne Arundel County Government | * | EEOC Charge Number 12F-2018-00633N |
| Office of Personnel, | * | |
| Office of Planning and Zoning, | * | |
| Department of Inspections and Permits, and | * | |
| Department of Public Works | * | |

\*\*\*

May 17, 2019

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE CASE AGAINST ANNE ARUNDEL COUNTY**

The above-referenced Plaintiff, Marcus Gaskins, humbly requests an enlargement of time until June 30, 2019, to prepare documents and sue Anne Arundel County Government for their mistreatment of him and discrimination on multiple counts related to gender, because two people who were the only people doing the same work as me were getting paid up to $20,000 more than me, discrimination of a spouse national origin, wrongful termination, and invasion of other application privacy within other departments, which was a HIPAA violation. They also accessed all my emails without permission and removed all of the emails related to this case. Because I live in the District of Columbia now, I would like to get the case heard in the District of Columbia.



Marcus C. Gaskins, Plaintiff
4310 Varnum Place, NE
Washington, DC 20017

RECEIVED
Mail Room

MAY 2 0 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing "The Plaintiff's Motion for Enlargement of Time to File Case Against Anne Arundel County Letter" was served by certified mail, postage prepaid, on the May 20, 2019, upon:

1.) Jessica Haskins
EEOC Maryland Commission on Civil Rights
6 St. Paul Street
Baltimore, MD 21202
Jessicam.haskins@maryland.gov

2.) Anne Arundel County Government
Attn: Current Personnel Director/HR Director
2660 Riva Road, #100
Annapolis, MD 21401

3.) Equal Employment Opportunity Commission
31 Hopkins Plaza # 1432
Baltimore, MD 21201

4.) USDOJ Civil Rights Division
950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4701
Washington, DC 20530

Very Respectfully,

*Marcus C. Gaskins*
Marcus C. Gaskins
4310 Varnum Place, NE
Washington, DC 20017
mcgaskins@yahoo.com
(443) 216-9851

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT
2019 MAY 17 PM 10: 22
FILING DEPOSITORY



U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

CERTIFIED MAIL
7003 0500 0002 5072 1053

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4701*
*Washington, DC 20530*

February 19, 2019

Mr. Marcus Gaskins
P.O. Box 438
Odenton, MD 21113

Re: EEOC Charge Against Anne Arundel County Government
    No. 12F201800633

Dear Mr. Gaskins:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice. If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney. If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires. Your request to the Court should be made well before the end of the time period mentioned above. A request for representation does not relieve you of the obligation to file suit within this 90-day period.

The investigative file pertaining to your case is located in the EEOC Philadelphia District Office, Philadelphia, PA.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Eric S. Dreiband
Assistant Attorney General
Civil Rights Division

by *Karen L. Ferguson*
Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT
2019 MAY 17 PM 10:22
FILING DEPOSITORY

cc: Philadelphia District Office, EEOC
Anne Arundel County Government